PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

RECEIVED
JAN 18 2006
AT 8:30 _____
WILLIAM T. WALSH
CLERK

Name of Offender: Maria Colon                                     Cr.: 099-00581-001

Name of Sentencing Judicial Officer: Honorable Anne E. Thompson, Sr. U.S.D.J.

Date of Original Sentence: 03/10/00

Original Offense: Distribution/ possession of cocaine 21 U.S.C. §841(a)(1) and 18:2

Original Sentence: Sentenced to a term of imprisonment of 30 months followed by a five year term of supervised release; Special Assessment $100; Fine $1,000; the defendant shall refrain from the illegal possession and/or use of drugs and shall be subject to drug testing and treatment if her probation officer deems this to be necessary; financial disclosure.

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/24/01

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined for a period of six (6) months. This shall commence at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived due to the offender's inability to pay.

## CAUSE

On December 21, 2005 and on January 4, 2006 the offender was confronted about illegal drug use after testing positive for cocaine and initially denying use of the drug. She eventually admitted that she had relapsed. Specifically, the offender signed an "Admission of Drug Use Form," admitting that on December 11, 2005 and December 21, 2005 she had used cocaine. The offender averred that being out of a job over a long period of time and the related financial distress contributed toward her relapse. She advised the probation officer that she has begun to attend self-help groups on her own and will be fully cooperative with placement into drug treatment program.

PROB 12B - Page 2
Maria Colon

Respectfully submitted,

By: Carolyn Johnson
U.S. Probation Officer

Approved:

Richard A. Gallo
Supervising U.S. Probation Officer

Date: January 9, 2006

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/17/06
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant is to be confined to her residence for a period of six (6) months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived due to the offender's inability to pay.

Witness: _____
United States Probation Officer
Carolyn S. Johnson

Signed: _____
Probationer or Supervised Releasee
Maria Colon

01/04/06
DATE