## UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** | **U.S. COURTHOUSE** |
| **ANNE E. THOMPSON** | **402 E. STATE STREET** |
| **JUDGE** | **ROOM 4000** |
| | **TRENTON, NJ 08608** |
| | **(609) 989-2123** |

### ORIGINAL TO CLERK

July 20, 2006

Ms. Maria Alejandro
Monmouth County
Correctional Institution
1 Waterworks Road
Freehold, NJ 07728

Re:   USA v. Maria Colon
      Criminal No. 99-581(AET)

Dear Ms. Alejandro:

The Court has received your letter seeking reconsideration of your sentence.  The Court appreciates your concern, but is not willing to reconsider your sentence.

Very truly yours,

**s/Anne E. Thompson**
ANNE E. THOMPSON
United States District Judge

AET:amc

cc:   Lisa Evans Lewis, AFPD
      Eugenia Cowles, AUSA
      Carolyn Johnson, Probation